# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANARDHAN GRANDHE, et al.<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | No.  1:21-mc-00063-SKO<br><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 5) |

On July 23, 2021, Petitioners filed a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), in which they notify the Court of the dismissal of this action without prejudice.  (Doc. 5.)  Petitioners filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Petitioners have voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:   **July 26, 2021**                                  /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE